# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

June 17, 2003

Before

Hon. JOHN L. COFFEY, Circuit Judge

Hon. DANIEL A. MANION, Circuit Judge

Hon. ANN CLAIRE WILLIAMS, Circuit Judge

No. 01-1066

| | |
|---|---|
| LAWRENCE GREGORY-BEY,<br>        Petitioner-Appellant,<br><br>    v.<br><br>CRAIG A. HANKS,<br>        Respondent-Appellee. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 94 C 903<br><br>David F. Hamilton, Judge. |

O R D E R

The slip opinion issued in the above-entitled cause on June 13, 2003, is amended as follows:

On page 26, the 12th line should be modified to read:
"More importantly, four of the five surviving witnesses".